# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, and WESTERN NATIONAL ASSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>  v.<br><br>GARY TREPANIER EXCAVATING, LLC, a Washington limited liability company, and GARY J. TREPANIER, an individual,<br><br>          Defendants. | NO: 1:19-CV-3172-TOR<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANT GARY J. TREPANIER |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Defendant Gary J. Trepainer (ECF No. 15). The motion was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

On January 30, 2020, this Court issued an Order to Show Cause why Defendant Gary J. Trepanier, in his individual capacity, should not dismissed from

ORDER GRANTING MOTION TO DISMISS DEFENDANT GARY J. TREPANIER ~ 1

this matter after having been notified of his death. ECF No. 14. The following day, Plaintiff filed a motion requesting the Court dismiss all claims against Defendant Gary Trepanier, in his individual capacity. ECF No. 15. Counsel for Defendant Trepanier has not objected to the motion. For good cause shown, all claims against Defendant Trepanier (in his individual capacity) are dismissed with prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The motion to dismiss Defendant Gary J. Trepanier in his individual capacity is **GRANTED** and all claims against him are **DISMISSED** with prejudice.

2. The District Court Executive is directed to enter this Order, amend the docket to reflect the dismissal of Defendant Gary J. Trepanier in his individual capacity, and provide copies to counsel.

DATED February 7, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING MOTION TO DISMISS DEFENDANT GARY J. TREPANIER ~ 2