# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY and WESTERN NATIONAL ASSURANCE COMPANY,<br>*Plaintiff*<br>v.<br><br>GARY TREPANIER EXCAVATING, LLC,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No. 1:19-CV-3172-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs Western National Mutual Insurance Company and Western National Assurance Company have no duty to indemnify or defend Defendant GTE with respect to the wage-related allegations.
Judgment in entered for Plaintiffs against Defendant Gary Trepanier Excavating, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the Plaintiffs' Motion for Summary Judgment ECF No. 6.

Date: February 11, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen